## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Hon. Morris Stern |
| ST. MARY'S HOSPITAL, PASSAIC, N.J., | Case No.:  09-15619 (MS) |
| Debtor. | Chapter 11 |
| STEVEN A. SAN FILIPPO, AS TRUSTEE OF THE SMHP CREDITOR TRUST, | Adv. Pro. No.: 11-1336 (MS) |
| Plaintiff, <br> v. | |
| ADVANCED BIOHEALING, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that STEVEN A. SAN FILIPPO, AS TRUSTEE OF THE

SMHP CREDITOR TRUST, Plaintiff in the above-captioned matter, through its attorneys,

hereby dismisses the above-captioned adversary proceeding against ADVANCED

BIOHEALING, INC., with prejudice and without costs, pursuant to Rule 7041 of the Federal

Rules of Bankruptcy Procedure and Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: July 8, 2011

**PORZIO, BROMBERG & NEWMAN, P.C.**

By:    /s/ Kelly D. Curtin
Kelly D. Curtin
100 Southgate Parkway
Morristown, N.J. 07962-1997

Attorneys for Steven A. San Filippo,
As Trustee of the SMHP Creditor Trust

1572685